IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chanel Adavenaixx, individually and on behalf of all similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Howard University,<br><br>*Defendant*. | Civil Action No. 1:23-cv-00663-DLF |

**JOINT STATUS REPORT
AND MOTION TO CONTINUE STAY OF PROCEEDINGS**

Plaintiff Chanel Adavenaixx ("Adavenaixx"), individually and on behalf others similarly situated, and Howard University ("Howard") (collectively, the "Parties"), by their undersigned counsel, hereby report that on November 7, 2023, the Parties mediated before Judge G. Michael Harvey and reached a settlement in principle to resolve this matter on behalf of the putative class. The Parties are working on finalizing settlement papers and jointly move this Court to continue the stay in this case for another 30 days to allow plaintiffs time to prepare a motion for preliminary approval of the settlement. In support of their motion, the Parties state as follows:

1. On October 2, 2023, the Parties filed a Joint Motion to Stay Proceedings asking the Court stay the case until January 22, 2024 to allow them to discuss settlement.

2. The Court granted the motion and issued a Minute Order the same day referring to its September 27, 2023 minute order, which required the parties to submit a Joint Status Report on January 22, 2024.

3. On November 7, 2023, the Parties successfully mediated before Judge G. Michael Harvey and reached an agreement in principle.

4. The parties are now actively drafting and negotiating settlement papers.

Accordingly, for the reasons provided above, and for good cause shown, the Parties respectfully request that the Court continue the stay in this case for another 30 days to allow the Parties time to enter into a written settlement agreement and plaintiff time to prepare a motion for preliminary approval of the settlement, and grant them all such other relief as the Court deems necessary and appropriate.

Dated: January 19, 2024

Respectfully submitted,

By: /s/ William N. Sinclair

William N. Sinclair
SILVERMAN THOMPSON SLUTKIN & WHITE, LLC
400 East Pratt Street, Suite 900
Baltimore, MD 21201
bsinclair@silvermanthompson.com

L. Timothy Fisher
Neal J. Deckant
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
ltfisher@bursor.com
ndeckant@bursor.com

Sarah N. Westcot
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
swestcot@bursor.com

Thomas J. McKenna
Gregory M. Egleston
GAINEY MCKENNA & EGLESTON
501 Fifth Avenue, 19th Floor
New York, NY 10017
tjmckenna@gme-law.com
gegleston@gme-law.com

*Attorneys for Plaintiff and the Putative Class*

By: /s/ Tracy A. Roman

CROWELL & MORING LLP
Tracy A. Roman
Laurel Pyke Malson
Scott L. Winkelman
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2651
Facsimile: (202) 628-5116
troman@crowell.com
lmalson@crowell.com
swinkelman@crowell.com

*Attorneys for Defendant Howard University*