IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chanel Adavenaixx, individually and on behalf of all similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Howard University,<br><br>*Defendant*. | Civil Action No. 1:23-cv-00663-DLF |

**JOINT STATUS REPORT**
**AND MOTION TO CONTINUE STAY OF PROCEEDINGS**

Plaintiff Chanel Adavenaixx ("Plaintiff"), individually and on behalf others similarly situated, and Howard University ("Howard") (collectively, the "Parties") provide this joint status report pursuant to the Court's February 16, 2024 Minute Order and jointly move this Court to continue the stay in this case for an additional thirty days to allow Plaintiff's counsel time to prepare a motion for preliminary approval of the class settlement the Parties have reached.

In support of their motion, the Parties state as follows:

1. On October 2, 2023, the Parties filed a Joint Motion to Stay Proceedings asking the Court stay the case until January 22, 2024 to allow them to discuss settlement.

2. On November 7, 2023, the Parties successfully mediated before Judge G. Michael Harvey and reached an agreement in principle.

3. On January 19, 2024, the Parties jointly reported to the Court that they were working on a class action settlement agreement.

4. On February 16, 2024, the Parties jointly reported to the Court that they continued to work on the class action settlement agreement.

5. Since the Parties' last report, they have reached agreement on all major terms in the class action settlement agreement and anticipate finalizing the agreement in short order.

6. Once the class action settlement agreement is finalized, Plaintiff's counsel intend to move this Court for preliminary approval of the settlement.

Accordingly, for the reasons provided above, and for good cause shown, the Parties respectfully request that the Court continue the stay in this case for thirty days (until May 1, 2024) to allow them time to finalize the class action settlement agreement and Plaintiff's counsel time to file motion for preliminary approval of the settlement, and grant them all such other relief as the Court deems necessary and appropriate.

| | |
|---|---|
| Dated: March 29, 2024 | Respectfully submitted, |
| By: */s/ William N. Sinclair* | By: */s/ Tracy A. Roman* |
| William N. Sinclair<br>SILVERMAN THOMPSON SLUTKIN & WHITE, LLC<br>400 East Pratt Street, Suite 900<br>Baltimore, MD 21201<br>bsinclair@silvermanthompson.com<br><br>L. Timothy Fisher<br>Neal J. Deckant<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>ltfisher@bursor.com<br>ndeckant@bursor.com<br><br>Sarah N. Westcot<br>BURSOR & FISHER, P.A.<br>701 Brickell Avenue, Suite 1420<br>Miami, FL 33131<br>swestcot@bursor.com<br><br>Thomas J. McKenna<br>Gregory M. Egleston<br>GAINEY MCKENNA & EGLESTON | CROWELL & MORING LLP<br>Tracy A. Roman<br>Laurel Pyke Malson<br>Scott L. Winkelman<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: (202) 624-2651<br>Facsimile: (202) 628-5116<br>troman@crowell.com<br>lmalson@crowell.com<br>swinkelman@crowell.com<br><br>*Attorneys for Defendant*<br>*Howard University* |

260 Madison Avenue, 22nd Floor
New York, NY 10016
tjmckenna@gme-law.com
gegleston@gme-law.com

*Attorneys for Plaintiff and the Putative Class*