IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL ADAVENAIXX, individually and on behalf of all similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HOWARD UNIVERSITY,<br><br>*Defendant*. | Civil Action No. 1:23-cv-00663-DLF |

**PLAINTIFF'S MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT; APPROVE PROPOSED CLASS NOTICE; AND SCHEDULE FINAL APPROVAL HEARING**

Plaintiff Chanel Adavenaixx, by and through her undersigned counsel, respectfully moves this Court for an Order under Federal Rule of Civil Procedure 23: (i) preliminarily approving the proposed class action Settlement on behalf of the Settlement Class Members according to the terms of the Class Action Settlement Agreement and Release ("Settlement" or "Agreement") between Plaintiff and Defendant Howard University ("Howard," "University," or "Defendant"),[1] a copy of which has been attached as Exhibit A to the accompanying Declaration of Thomas J. McKenna ("McKenna Decl."); (ii) provisionally certifying, for purposes of the Settlement only, the following Settlement Class:

> All Howard students enrolled in the Spring 2020 Semester who did not withdraw by March 16, 2020 for whom any amount of tuition and/or fees was paid to Howard from any source other than a scholarship, grant, or tuition remission from Howard, or any other source that did not require repayment, and whose tuition and/or fees have not been fully refunded.[2]

---

[1] All capitalized terms shall have the same meaning as set forth in the Settlement Agreement unless otherwise noted.

[2] Excluded from the Settlement Class are (i) any students who received full scholarships or tuition remission from Howard or who did not themselves ultimately pay any tuition or fees for

(iii) authorizing the transmission of the notice of the proposed Settlement to the proposed Settlement Class Members (*see* Exhibits A-1 and A-2 attached to the Agreement); (iv) preliminarily appointing Plaintiff as Settlement Class Representative; (v) preliminarily appointing the law firms of Gainey McKenna & Egleston and Bursor & Fisher, P.A. as Class Counsel to act on behalf of the Settlement Class with respect to the Settlement; (vi) approving the Parties' proposed settlement procedure, including approving the Parties' selection of Epiq Class Action & Claims Solutions, Inc. as Claims Administrator, and approving the Parties' proposed schedule, including dates for providing notice to Settlement Class Members and for Settlement Class Members to opt out or file objections; (vii) entering the Proposed Order Granting Preliminarily Approval of Class Action Settlement (*see* Exhibit A-3 attached to the Agreement); and (viii) scheduling a Final Approval Hearing of the proposed class action Settlement.

Dated: May 17, 2024                     Respectfully submitted,

/s/ *William N. Sinclair*
**SILVERMAN THOMPSON SLUTKIN & WHITE, LLC**
William N. Sinclair, DC Bar No. 500799
400 East Pratt Street, Suite 900
Baltimore, MD 21201
Email: bsinclair@silvermanthompson.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
Christopher M. Brain
260 Madison Avenue, 22nd Fl.
New York, NY 10016

---

the Spring 2020 Semester (*i.e.*, those whose tuition and fees were paid for by institutional aid, tuition benefits, federal/state/local grants, GI/Yellow Ribbon benefits, outside scholarships, and/or third-party sponsorships); (ii) the University and its officers, trustees and their family members; (iii) Class Counsel; (iv) the Judge presiding over the Action; and (v) all persons who properly execute and file a timely opt-out request to be excluded from the Settlement Class.

Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com
Email: cbrain@gme-law.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher
Neal J. Deckant
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Email: ltfisher@bursor.com
Email: ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Email: swestcot@bursor.com

*Attorneys for Plaintiff and the Putative Class*